IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WALTER C. SMITH, III,**
No. 07233-025,
      **Petitioner,**

vs.                                   No. 3:17–cv–00566-DRH

**T.G. WERLICH**

      **Defendant.**

### JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

This action came before the Court, District Judge David R. Herndon, for preliminary consideration of Petitioner's application for writ of habeas corpus.

The Court has rendered the following decision: **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed on the merits with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

      **DATED**: August 11, 2017

                                          JUSTINE FLANAGAN, ACTING CLERK

Digitally signed by Judge David R. Herndon
Date: 2017.08.11 16:22:14 -05'00'

                                          By: Alexandra Francis
                                          Deputy Clerk

APPROVED:

      David R. Herndon
      United States District Court